

NUMBER 13-14-00509-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

SERGIO CUELLAR,                                                    Appellant,

v.

THE STATE OF TEXAS,                                               Appellee.

**On appeal from the 156th District Court
of Live Oak County, Texas.**

# MEMORANDUM OPINION

**Before Chief Justice Valdez and Justices Rodriguez and Garza
Memorandum Opinion Per Curiam**

Counsel for appellant filed a motion to dismiss this appeal on grounds appellant no longer wishes to pursue his appeal. In a signed affidavit attached to the motion, appellant states that he has read the motion to dismiss and all of the facts stated therein are true and correct and within his personal knowledge. We find the motion and affidavit together meet the requirement of Texas Rule of Appellate Procedure 42.2(a) that

appellant and his attorney must sign a written motion to dismiss the appeal.  *See* TEX. R.

APP. P. 42.2(a).  Having dismissed the appeal at appellant's request, no motion for

rehearing will be entertained, and our mandate will issue forthwith.

PER CURIAM


Do not publish.
TEX. R. APP. P. 47.2(b).

Delivered and filed the
15th day of January, 2015.